## No. 17,178.

### LA FLEUR *v.* LA FLEUR.

(269 P. [2d] 1074)

Decided April 26, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiff in error.

Mr. S. T. ANDERSON, Mr. W. RUSSEL EDDY, for defendant in error.